**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CHRIS KEPHART,  )<br>  )<br>       Plaintiff,  )<br>  )<br>v.  )<br>  )<br>VANTIUM CAPITAL INC. d/b/a STRATEGIC  )<br>RECOVERY GROUP AND CITIMORTGAGE, INC.,  )<br>  )<br>       Defendant.  ) | CIVIL ACTION<br><br>File No. 1:13-cv-9311<br><br><br><br>**JURY TRIAL DEMANDED** |

| |
|---|
| AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:<br>**VANTIUM CAPITAL INC. d/b/a STRATEGIC RECOVERY GROUP** |
| **NAME**:<br>ADAM L. SAPER |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically):<br>*s/Adam L. Saper* |
| **FIRM**:<br>HINSHAW & CULBERTSON LLP |
| **STREET ADDRESS**:<br>222 North LaSalle Street, Suite 300 |
| **CITY/STATE/ZIP**:<br>Chicago, Illinois 60601-1081 |

| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS)<br>06256627 | **TELEPHONE NUMBER**<br>(312) 704-3174 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | |

**STATE OF ILLINOIS** )
)
**COUNTY OF COOK** )

### CERTIFICATE OF SERVICE (ECF)

I, the undersigned, state that I filed the above and foregoing **Appearance for Vantium Capital Inc. d/b/a STRATEGIC RECOVERY GROUP** via the United States District Court for the Northern District of Illinois' electronic filing system (ECF) on January 22, 2014.

*/s/Adam L. Saper*
Adam L. Saper

Adam L. Saper
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312.704-3000.Ofc.
312.704-3001.Fax